This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**JERRY SANDEL,**

     Petitioner-Appellee,

v.                      **NO. 30,590**

**JEFFREY SANDEL,**

     Respondent-Appellant,

consolidated with

**JASON SANDEL,**

     Petitioner-Appellee,

v.

**JEFFREY SANDEL,**

     Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Robert A. Aragon, District Judge**

Gurley Law Firm
Curtis R. Gurley
Farmington, NM

for Appellees

Jeffrey Sandel
San Ysidro, Ca

Pro se Appellant

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Judge**

_____

2

**LINDA M. VANZI, Judge**